William R. Richardson (009278)
**RICHARDSON & RICHARDSON, P.C.**
1745 South Alma School Road
Corporate Center • Suite 100
Mesa, Arizona 85210-3010

Tel. (480) 464-0600
Fax. (480) 464-0602
Email. wrichlaw@aol.com
Attorneys for Debtors

**THIS ORDER IS APPROVED.**

Dated: December 29, 2015



Brenda Moody Whinery, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

**DANA LEE DUNCAN and DENISE MARGARET DUNCAN,**

Debtors.

Chapter 11

2:11-bk-16577-BMW

**DISCHARGE OF INDIVIDUAL DEBTORS IN A CHAPTER 11 CASE**

The Debtors having filed a Motion for the Entry of an Order of Discharge (Dkt #204), it appearing that proper service has been made upon creditors and interested parties, and it appearing that the Debtors are entitled to a discharge, and good cause appearing,

**IT IS HEREBY ORDERED** that this case shall be deemed reopened sufficient to accommodate the following orders.

**IT IS HEREBY ORDERED** that because the Debtors have satisfied their obligations to creditors under the Plan, the Debtors are hereby granted a discharge under 11 U.S.C. § 1141(d).

**IT IS HEREBY ORDERED** that with respect to the obligations to Class 4A through 4D ("Secured Creditors"), the Debtors' obligations are likewise discharged, provided however, that the Secured Creditors' liens remain to the extent of their allowed secured claims.

**IT IS HEREBY FURTHER ORDERED** that all other liens not specifically preserved by this discharge order are extinguished.

1  **IT IS HEREBY ORDERED** that the filing fee for reopening this case is waived and
2  no fees will be generated by the United States Trustee's Office in connection with the
3  reopening and closing of this case.
4  **IT IS FURTHER ORDERED** that this case is hereby closed upon entry of this
5  order.

7  **SIGNED AND DATED AS INDICATED ON PAGE 1.**